THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 The State, 
 Respondent,
 

v.

 
 Phillip Dewayne
 Harris, 
 Appellant.
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2009-UP-118
Submitted March 2, 2009  Filed March 5,
 2009    

APPEAL DISMISSED

Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
PER CURIAM: Phillip
 Dewayne Harris appeals his guilty plea and sentence arguing he did not
 voluntarily, knowingly, and intelligently waive his constitutional rights.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.